No. —, original. Ex parte Harmon M. Waley. January 3, 1939. Motion for leave to file petition for writ of mandamus denied.

No. —, original. Ex parte Harry Allen. January 3, 1939. Motion for leave to file petition for writ of habeas corpus denied.

No. —. Ex parte Sophy Callahan; and

No. —. Ex parte Robert Goldstein. January 3, 1939. Applications denied.

No. —. Washburn v. Michigan. January 3, 1939. Petition for appeal, referred by the Chief Justice to the Court, denied. See 285 Mich. 119; 280 N. W. 132.

No. 429. Prebyl v. Prudential Insurance Co. January 3, 1939. Motion for written opinion denied.

No. 552. Arrow Distilleries, Inc. v. Alexander, Administrator of the Federal Alcohol Administration. January 3, 1939. Application for rehearing of the petition for injunction denied. *Mr. Horace J. Donnelly, Jr.* for appellant. *Solicitor General Jackson* for appellee.